**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ARNOLD JEFFERY JOHNSON,**                                      **PETITIONER**

**v.**                                                  **No. 3:05CV73-P-A**

**SHERIFF PETER WALKER, ET AL.**                             **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion filed today in this cause, the respondents' motion to dismiss the instant petition for a writ of *habeas corpus* is hereby **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 5th day of May, 2006.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE